EDWARD W. VANDERBILT AND ANOTHER, APPELLANTS, v. MARGARET E. ARMSTRONG, AND OTHERS, RESPONDENTS.

APPEAL from a decree of the surrogate of Kings county. The question presented on the appeal was one of fact. The court modified the decree by striking out that provision which fixed the amount in the hands of the county treasurer of Richmond county at $666.02, leaving that amount to be ascertained. As modified the decree was affirmed.

*Richard H. Huntley*, for the appellants.

*Dennis McMahon*, for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Decree modified, and as modified affirmed, with costs to respondents.